UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 10-20812-Civ-Huck

JEFFREY ROTH, individually,

       Plaintiffs,

vs.

ROBERT LAWRENCE, individually,
THE CITY OF MIAMI BEACH, a
Political subdivision, and THE
GANSEVOORT SOUTH, LLC d/b/a
GANSEVOORT SOUTH HOTEL SPA
AND RESIDENCES, a Florida Corporation,

       Defendants.
_____/

## DEFENDANT THE GANSEVOORT SOUTH, LLC'S NOTICE OF SETTLEMENT

Defendant, THE GANSEVOORT SOUTH, LLC d/b/a GANSEVOORT SOUTH HOTEL SPA AND RESIDENCES, hereby notifies the Court that a resolution of the disputed issues in this case has been reached by the parties. The parties are in the process of finalizing their agreement, and will be submitting a stipulation for dismissal with prejudice and order of dismissal as to all claims by Plaintiff against Defendants.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 14th , 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Alan Judah Greenstein, agreenstein@chavez-deleon.com;** and **Kimberly Anne McCoy, kimberlymccoy@miamibeachfl.gov.**

    s/ *Manuel S. Hiraldo*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MANUEL S. HIRALDO
Florida Bar No. 0030380
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

E-Mail:  mhiraldo@rumberger.com
Attorneys for Defendant Gansevoort South, LLC